STEPHEN RIGGI AND CARMELLA RIGGI, PLAINTIFFS-RE-
SPONDENTS, v. COUNTRY CLUB TOWERS, INC., SUBUR-
BAN MANAGEMENT CO., GEORGE FULLER AND TE-
RESA PASSARELLA, DEFENDANTS-APPELLANTS.

Argued March 6 and 7, 1967—Decided March 20, 1967.

*Mr. Charles H. Hoens, Jr.,* argued the cause for the appel-
lant (*Messrs. Lum, Biunno & Tompkins,* attorneys; *Mr.
William J. McGee,* on the brief).

*Mr. William E. Sellinger* argued the cause for the respon-
dents (*Messrs. Sellinger & Chester,* attorneys).

PER CURIAM. The Appellate Division affirmed a judgment
entered in favor of the plaintiffs upon a jury verdict. We
granted defendants' petition for certification 47 *N. J.* 82
(1966). We are satisfied that the judgment under review is
correct. It is accordingly affirmed.

*For affirmance* — Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN — 7.

*For reversal* — None.